McGREGOR W. SCOTT
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792



FILED
DEC 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    2:07-CR-00556 WBS
                                     )
           Plaintiff,                )    ORDER TO SEAL
     v.                              )    (UNDER SEAL)
                                     )
SHAMISA LAUDERDALE,                  )
   aka "Misa Lauderdale,"            )
                                     )
           Defendant.                )
_____)

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December 12, 2007

                                    _____
                                    EDMUND F. BRENNAN
                                    United States Magistrate Judge