UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>         Plaintiff,                            )<br>v.                                                  )<br>                                                        )<br>SHAMISHA LAUDERDALE,    )<br>                                                        )<br>         Defendant.                        ) | Case No. 2:07CR00556-WBS-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHAMISHA LAUDERDALE , Case No. 2:07CR00556-WBS-01 , Charge  18USC § 287 and 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__  Release on Personal Recognizance

　　　__  Bail Posted in the Sum of $_____

　　　　　　__  Unsecured Appearance Bond

　　　　　　__  Appearance Bond with 10% Deposit

　　　　　　__  Appearance Bond with Surety

　　　　　　__  Corporate Surety Bail Bond

　　　✔  (Other)         Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 22, 2008  at  2:00 pm  .

　　　　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court