1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   428 J Street, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-8398
4
   Attorney for Defendant
5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,      ) No. Cr.S. 07-556 WBS
                                   )
12          Plaintiff,             ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                   ) **RESETTING STATUS CONFERENCE**
13      v.                         )
                                   )
14                                 )
    SHAMISA LAUDERDALE,            )
15                                 )
            Defendants.            )
16                                 )
    _____

17

18

19      The defendant Shamisa Lauderdale, by and through counsel Krista

20  Hart, along with the plaintiff United States (government), by and

21  through counsel Assistant U.S. Attorney Samantha Spangler, hereby

22  stipulate and agree that the status conference currently set for

23  February 4, 2008, be reset to March 3, 2008, at 8:30 a.m.

24      It is further stipulated and agreed between the parties that the

25  period of time from February 4, 2008, up to and including March 3,

26  2008, should be excluded in computing the time within which the trial

27  of the above criminal prosecution must commence for purposes of the

28  Speedy Trial Act.  All parties stipulate and agree that this is an

1    appropriate exclusion of time within the meaning of Title 18, United

2    States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

3         Discovery is ongoing.  The defense needs the additional time to

4    review materials, to conduct investigation and to conduct necessary

5    legal research.

6         Therefore, all parties stipulate that the status conference should

7    be reset to March 3, 2008.

8    February 1, 2008                    _/s/ Krista Hart_____
                                         Attorney for Shamisa Lauderdale
9

10
     February 1, 2008                    McGREGOR SCOTT
11                                       United States Attorney

12                                       _/s/ Samantha Spangler_____
                                         Assistant U.S. Attorney
13                                       (Signed by Krista Hart, per e-mail)

14

15                           **O R D E R**

16

17   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

18

     DATED: February 1, 2008
19

20   _William B. Shubb (signature)_____
     WILLIAM B. SHUBB
21   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                       2