1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO.  2:07-cr-556 WBS
                                )
11          Plaintiff,          )   STIPULATION AND [PROPOSED]
                                )   ORDER CONTINUING STATUS
12     v.                       )   CONFERENCE
                                )
13 SHAMISA LAUDERDALE,          )
                                )   DATE:   March 31, 2008
14          Defendant.          )   TIME:   8:30 a.m.
   _____)   COURT:  Hon. William B. Shubb
15

16                            Stipulation

17      The parties, through undersigned counsel, stipulate that the

18 status conference scheduled for March 3, 2008, may be continued to

19 March 31, 2008, at 8:30 a.m.  Because the prosecutor provided

20 discovery later than expected, counsel has not had sufficient time

21 to review it.  The parties also agree that time may be excluded from

22 the speedy trial calculation under the Speedy Trial Act for counsel

23 preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

24 Code T4.

25 ///

26 ///

27 ///

28 ///

                                 1

1 Defense counsel has authorized the prosecutor to sign this
2 stipulation on her behalf.
3 DATED: February 28, 2008                McGREGOR W. SCOTT
                                          United States Attorney
4
5
                                   by    /s/ Samantha S. Spangler
6                                        Samantha S. Spangler
                                         Assistant U.S. Attorney
7
8 DATED: February 28, 2008
                                   by    /s/ Samantha S. Spangler for
9                                        Krista Hart
                                         Counsel for Ms. Lauderdale
10
11                               Order
12    Good cause appearing,
13    The status conference scheduled for March 3, 2008 is continued
14 to March 31, 2008 at 8:30 a.m.
15    Time is excluded from the speedy trial calculation pursuant to
16 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
17 preparation.
18    IT IS SO ORDERED.
19 DATED: February 29, 2008
20
21                    WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28