1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO.  2:07-cr-556 WBS
                                )
11              Plaintiff,      )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
12      v.                      )
                                )
13 SHAMISA LAUDERDALE,          )   DATE:  April 28, 2008
                                )   TIME:  8:30 a.m.
14              Defendant.      )   COURT: Hon. William B. Shubb
   _____)
15

16                           Stipulation

17      The parties, through undersigned counsel, stipulate that the
18 status conference scheduled for March 31, 2008, may be continued to
19 April 28, 2008, at 8:30 a.m.  Defense counsel needs additional time
20 to review both the discovery and the government's proposed plea
21 agreement.  The parties also agree that time may be excluded from
22 the speedy trial calculation under the Speedy Trial Act for counsel
23 preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
24 Code T4.
25 ///
26 ///
27 ///
28 ///

                                1

1    Defense counsel has authorized the prosecutor to sign this
2 stipulation on her behalf.
3 DATED:  March 27, 2008                McGREGOR W. SCOTT
                                        United States Attorney
4

5
                                  by    /s/ Samantha S. Spangler
6                                       Samantha S. Spangler
                                        Assistant U.S. Attorney
7

8 DATED:  March 27, 2008

9                                 by    /s/ Samantha S. Spangler for
                                        Krista Hart
10                                      Counsel for Ms. Lauderdale

11                              Order

12    Good cause appearing,

13    The status conference scheduled for March 31, 2008 is continued
14 to April 28, 2008 at 8:30 a.m.

15    Time is excluded from the speedy trial calculation pursuant to
16 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
17 preparation through the date of the hearing.

18    IT IS SO ORDERED.
19 DATED:  March 27, 2008

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

2