McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SHAMISA LAUDERDALE,<br><br>        Defendant. | CASE NO.  2:07-cr-556 WBS<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>DATE:  May 19, 2008<br>TIME:  8:30 a.m.<br>COURT: Hon. William B. Shubb |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for April 28, 2008, may be continued to May 19, 2008, at 8:30 a.m.  Defense counsel needs additional time to review both the discovery and the government's proposed plea agreement.  The parties agree that the interests of justice in giving the defendant sufficient time to review these materials outweigh the interests of the defendant and the public in a speedy trial.  Therefore, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

1

    Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED:  April 23, 2008                McGREGOR W. SCOTT
                                      United States Attorney


                                by    /s/ Samantha S. Spangler
                                      Samantha S. Spangler
                                      Assistant U.S. Attorney


DATED:  April 23, 2008

                                by    /s/ Samantha S. Spangler for
                                      Krista Hart
                                      Counsel for Ms. Lauderdale

                                  Order

    Good cause appearing,

    The status conference scheduled for April 28, 2008 is continued to May 19, 2008 at 8:30 a.m.

    The interests of justice in giving the defendant sufficient time to review the discovery and the government's proposed plea agreement outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

    IT IS SO ORDERED.

DATED:  April 24, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE