KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 07-556 WBS |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER RESETTING STATUS** |
| v. ) | **CONFERENCE** |
| SHAMISA LAUDERDALE, ) | |
| Defendants. ) | |

Defendant Shamisa Lauderdale, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Samantha Spangler, hereby stipulate and agree that the status conference currently set for May 19, 2008, be reset to June 16, 2008, at 8:30 a.m.

It is further stipulated and agreed between the parties that the period of time from May 19, 2008, up to and including June 16, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

Discovery is ongoing. The defense received a CD containing numerous reports and

///

exhibits.  The defense needs the additional time to review materials, to conduct investigation and to conduct necessary legal research.  Therefore, all parties stipulate the status conference should be reset to June 16, 2008 at 8:30 a.m.

May 16, 2008                    */s/ Krista Hart*
                                Attorney for Shamisa Lauderdale


May 16, 2008                    McGREGOR SCOTT
                                United States Attorney

                                */s/ Samantha Spangler*
                                Assistant U.S. Attorney
                                (Signed by Krista Hart, per e-mail)


**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**


DATED:  May 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2