McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SHAMISA LAUDERDALE,<br><br>        Defendant. | CASE NO.  2:07-cr-556 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>DATE:   July 7, 2008<br>TIME:   8:30 a.m.<br>COURT:  Hon. William B. Shubb |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for June 16, 2008, may be continued to July 7, 2008, at 8:30 a.m.  Counsel for the parties have been discussing discrepancies in the discovery and the government has recently disclosed three additional documents.  Defense counsel, who has been in trial for the past three weeks, needs additional time to review the new discovery and discuss the government's proposed plea agreement with the defendant.  The parties agree that the interests of justice in giving the defendant sufficient time to review these materials outweigh the interests of the defendant and the public in a speedy trial.  Therefore, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial

1

Act for counsel preparation and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: June 10, 2008        McGREGOR W. SCOTT
                            United States Attorney


                       by   /s/ Samantha S. Spangler
                            Samantha S. Spangler
                            Assistant U.S. Attorney

DATED: June 10, 2008

                       by   /s/ Samantha S. Spangler for
                            Krista Hart
                            Counsel for Ms. Lauderdale

<u>Order</u>

Good cause appearing,

The status conference scheduled for June 16, 2008, is continued to July 7, 2008, at 8:30 a.m.

The interests of justice in giving the defendant sufficient time to review the discovery and the government's proposed plea agreement outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for counsel preparation and continuity of counsel, through the date of the hearing.

IT IS SO ORDERED.

DATED: June 11, 2008

                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE