McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAMISHA LAUDERDALE,<br><br>　　　　Defendant. | Case No. 2:07-cr-556-WBS<br><br>STIPULATION AND ORDER ADDING<br>CONDITION OF PRETRIAL RELEASE |

Stipulation

On January 22, 2008, the defendant was released on a $10,000 unsecured bond under the supervision of the Pretrial Services Agency, with certain specific conditions. The defendant has a status conference scheduled for June 16, 2008.

On January 28, February 6, February 16, March 14, April 8, and April 27, the defendant tested positive for marijuana. On March 7, the defendant failed to drug test. On April 1, the defendant tested negative. The January 28 and possibly February 6 positive tests apparently resulted from use before her arrest. However, the other four positive tests resulted from more recent use, in violation of her pretrial release condition that she not use marijuana, whether prescribed or not.

1

Because the defendant is amenable to participating in a treatment program, the parties stipulate that a condition should be added as follows:

> You shall participate in a program of medical treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

The parties request that the Court enter the attached proposed order in lieu of requiring an additional appearance.

DATED: July 7, 2008                McGREGOR W. SCOTT
                                   United States Attorney

                            by     /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney

DATED: July 7, 2008

                            by     /s/ Krista Hart
                                   Krista Hart
                                   Counsel for Ms. Lauderdale

DATED: July 7, 2008                /s/ Shamisa Lauderdale
                                   Shamisa Lauderdale
                                   Defendant

<u>Order</u>

Good cause appearing, the Court adopts the stipulation of the parties and the defendant's conditions of pretrial release are modified to add the following condition:

> You shall participate in a program of medical treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

IT IS SO ORDERED.

DATED: July 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE