UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Shamisa Lauderdale                                         Docket No. 2:07-CR-556-WBS

**COMES NOW** Darryl D. Walker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Shamisa Lauderdale, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 22nd day of January, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 287 - False Claims and Aiding and Abetting (3 Counts).

**BOND CONDITIONS**: The defendant was released on a $10,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On August 21, 2008, the defendant was arrested by Vallejo Police Department for Possession of Marijuana, Possession of Marijuana for Sale, and Child Endangerment. Therefore, failing to obey all laws, a violation of her pretrial release conditions.

**PRAYING THAT THE COURT WILL ORDER:** This matter placed on this court's calendar on **September 12, 2008**, at **2** p.m.

**LAST KNOWN ADDRESS:**      On file with Pretrial Services
**TELEPHONE NUMBER:**      On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                  Respectfully submitted,

                                                                  /d/ Darryl D. Walker

                                                                  Darryl D. Walker
                                                                  Pretrial Services Officer
                                                                  September 5, 2008

## ORDER

\_\_\_\_\_      The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

\_\_\_\_      The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_      The Court orders a summons be issued with an appearance date of _____.

**XXX**      The Court hereby orders this matter placed on this court's calendar on Sept. 12, 2008, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

                                                 Considered and ordered this 8th day of
                                                 Sept., 2008, and ordered filed and
                                                 made a part of the records in the above case.

                                                       /s/ Gregory G. Hollows
                                                            U.S. Magistrate Judge

**lauderdale.ord**

Pretrial Services Violation Petition - page 2
Shamisa Lauderdale

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall clear up all outstanding warrant and provide proof to Pretrial Services.

**CHRONOLOGICAL ORDER OF EVENTS**
On January 28, 2008, February 6, 16, 2008, March 14, 2008, April 8, 27, 2008, the defendant tested positive for marijuana. It was agreed upon by Pretrial Services, the AUSA, and defense counsel, that the defendant would benefit from drug counseling. On July 8, 2008, a Stipulation and Order was signed by Judge Brennan to adding the following condition:

10. You shall participate in a program of medical treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer.