UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0556-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| SHAMISHA LAUDERDALE, ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **Shamisha Lauderdale** Case <u>CR S-07-0556-01 WBS</u> from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    __ Unsecured bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    **X** (Other) **Defendant sentenced to a period of probation.**

Issued at <u>Sacramento, CA</u> on <u>January 20, 2009</u> at <u>9:30</u> <u>a.m.</u>

By /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing