UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                        RE:    Shamisa LAUDERDALE
                        Docket Number:   2:07CR00556-01
                        <u>REQUEST TO DISMISS PETITION</u>

Your Honor:

A corrected petition dated June 25, 2010, was submitted to Court alleging five charges of violation conduct. Since her last appearance before the Court on July 19, 2010, Ms. Lauderdale's performance on probation has been much better. She has made all her counseling sessions and random drug tests, with the exception of a drug test on September 21, 2010, to which she is making up that drug test later tonight. Aside from this one recent no show, she is in compliance with her substance abuse treatment program. All her recent drug tests have been negative for illegal drug use. Additionally, she has had no recent contact with law enforcement and has paid $75 towards her restitution order. It should be noted that her income has decreased from $1005 to $737.40 in welfare benefits per month. After rent ($500) she has $237.40 a month for food, diapers, transportation, to support herself and three children. she continues to seek employment. Additionally, Ms. Lauderdale now resides within the Eastern District of California (Vallejo) with a cousin and her friend in a three bedroom apartment.

In lieu of the above, and after speaking with Assistant United States Attorney Samantha Spangler, it is recommended that the underlying petition be dismissed and the admit/deny hearing on said petition scheduled for September 27, 2010, be vacated.

                                    Respectfully submitted,

                                       /s/Scott W. Storey

                                    **SCOTT W. STOREY**
                           **United States Probation Officer**

Dated: September 23, 2010

RE:   Shamisa LAUDERDALE
      Docket Number:   2:07CR00556-01
      **REQUEST TO DISMISS PETITION**

   Sacramento, California
   SWS/cp


**REVIEWED BY**   /s/Kyriacos M. Simonidis
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

_____

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( x )   The dismissal of Corrected Petition For Warrant Or Summons for Offender Under Supervision dated June 25, 2010.

September 24, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:   Samantha Spangler
      Assistant United States Attorney

      Krista Hart
      Defense Counsel